UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-3246-DMS |
| Plaintiff, | |
| v. | |
| DEREK GLEESON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motion of the parties to continue the motion hearing and trial setting scheduled for April 2, 2021 at 11 a.m. for approximately 60 days (Doc. 23) is GRANTED.

The new motion hearing and trial setting shall be held on June 4, 2021 at 11:00 a.m.

As the Defendant is out of custody, he shall file an Acknowledgment of this new date by March 5, 2021.

Time under the Speedy Trial Act shall continue to be excluded.

IT IS SO ORDERED.

Dated: February 26, 2021

HON. DANA M. SABRAW
CHIEF U.S. DISTRICT JUDGE