UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DEREK GLEESON,<br><br>                              Defendant. | Case No.: 20-cr-03246-DMS<br><br>**ORDER** |

      The Court is in receipt of Defendant Derek Gleeson's Emergency Motion to Continue his self-surrender date ("Motion"), (*see* ECF No. 77), and Defendant's letter in support of the Motion, submitted by counsel. Defendant asks this Court to continue his currently scheduled self-surrender date, September 1, 2023, for thirteen (13) months. The length of this requested continuance is, in large part, for an elective hip surgery. The Motion indicates the government opposes this requested continuance. After careful consideration, the Court does not find good cause supporting this Motion, and Defendant's Motion is therefore DENIED. Defendant shall self-surrender to the BOP/USM office by September 1, 2023, at 12 p.m. (noon).

///

///

1

**IT IS SO ORDERED.**

Dated:  August 29, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court