UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DEREK GLEESON,<br><br>                              Defendant. | Case No.:  20-cr-03246-DMS<br><br>**ORDER** |

    The Court is in receipt of Defendant Derek Gleeson's Emergency Motion to Continue his self-surrender date by three weeks ("Motion"). (*See* ECF No. 79.)  The government does not oppose this continuance.  Good cause appearing, the Court HEREBY GRANTS Defendant's Motion.  Defendant shall self-surrender to the BOP/USM office by September 22, 2023, at 2:30 p.m.

    **IT IS SO ORDERED.**

Dated:  August 29, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court