TARA K. MCGRATH
United States Attorney
ERIC R. OLAH
Assistant U.S. Attorney
California Bar No. 295513
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7540

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-3246-DMS |
|---|---|
| Plaintiff, | **THE UNITED STATES' MEMORANDUM ON MANDATORY RESTITUTION TO THE VICTIM OF DEFENDANT'S OFFENSE** |
| v. | |
| DEREK GLEESON, | Date:   November 30, 2023<br>Time:   10:00 a.m.<br>Courtroom: 13A |
| Defendant | |
| | **The Honorable Dana M. Sabraw** |

The United States recommends that the Court order restitution to the victim in the amount of $850,969.92 pursuant to 18 U.S.C. § 3663A.

**I**

**THE LAW**

Restitution in this case is mandatory under § 3663A because Defendant stands convicted of wire fraud. *See* 18 U.S.C. § 3663A(a)(1) and (c) (explaining the statute applies and restitution is required "in all sentencing proceedings for convictions of, or plea agreements relating to charge for any offense" that is "an offense against property under this title [i.e., Title 18 of the United States Code] . . . including any offense committed by fraud or deceit"); *see also* ECF No. 61-1 at 1 (Defendant agreeing, in the financial addendum to his plea agreement, that restitution is mandatory under § 3663A).

//

Relevant here, § 3663A requires that the restitution order include the value of damaged, lost, or destroyed property, as well as "lost income and necessary child care, transportation, and other expenses incurred during [the victim's] participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense." 18 U.S.C. § 3663A(b)(1), (4).

## II

## APPLICATION

**A.  Defendant Should be Ordered to Repay the Money he Stole from the Victim.**

In the restitution addendum to the plea agreement, the parties estimated restitution of "at least $700,000" and agreed that the United States could recommend a higher amount. ECF No. 61-1 at 1. On July 14, 2023, the United States filed a sentencing memorandum recommending restitution of $616,459.06, along with loss calculation tables in support of that figure. ECF Nos. 72 and 73.

After the United States filed its sentencing memorandum, the victim's Chief Financial Officer provided a spreadsheet identifying additional charges that were not included in the United States' loss calculation tables and asserted that Defendant stole a total of $843,643.67. Specifically, the victim identified 138 charges that (1) Defendant made to the victim's credit card (each described on the corresponding statement as "CONSULTING") during the relevant time period, and (2) were not included in the United States' loss calculation. Because the victim was unable to confirm the legitimacy of those 138 charges, the victim believes all were fraudulent and requests restitution of the entire $843,643.67 that Defendant charged to the victim's credit card.

**B.  Defendant Should be Ordered to Pay the Expenses the Victim Incurred Attending Court Proceedings in this Case.**

The Court's restitution order should also include $7,326.92 in airfare and lodging expenses that representatives of the victim company incurred to attend the sentencing hearing and upcoming restitution hearing. The United States has provided to Defendant

receipts of the expenses and will tender the same to the Court if Defendant disputes the request.

The Court should note that the victims do not seek any lost income or any other expenses incurred during their "participation in the investigation or prosecution," which consumed countless hours and spanned years, despite being entitled to restitution of such expenses under § 3663A(b)(4).

## III
## CONCLUSION

The United States respectfully requests that the Court order Defendant to pay the victim restitution in the amount of $850,969.92.

DATED: November 17, 2023

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*/s/ Eric R. Olah*
ERIC R. OLAH
Assistant United States Attorney